# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELICIA CHAVANNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SECOND LOOK, INC., BARRY LEFEVER, and ERIE INSURANCE,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 21-2266 |
| FELICIA CHAVANNE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ERIE INSURANCE, SECOND LOOK, INC., and BARRY LEFEVER,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 21-2448 |

## ORDER

**AND NOW,** this 28th day of March, 2022, upon review of Defendants' Motions for Judgment on the Pleadings (Docket No. 13 in case 21-2266 and Docket No. 6 in case 21-2448), as well as Plaintiff's opposition thereto, and Defendants' Replies, and after oral argument being held, it is hereby **ORDERED** as follows:

1. Defendants' Motions for Judgment on the Pleadings are **GRANTED**; and
2. Plaintiff's Complaints are **DISMISSED**.

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeffrey L. Schmehl_
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey L. Schmehl, J.